469 A.2d 310

Commonwealth v. Sincavish, Appellant.

Submitted September 9, 1983. David P. Posatko, Public Defender, for appellant; Brendan J. Vanston, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.